NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANCH BANKING & TRUST COMPANY, )
             )
    Appellant, )
             )
v. )    Case No. 2D17-790
             )
TURNING LEAF—LAKELAND )
PROPERTIES, LLC, a Florida limited )
liability company; IMPERIAL LAKES )
LAND CORP., a New York Corporation; )
GARY L. GREGORY, individually, and )
WILLIAM G. GIARUSSO, individually, )
             )
    Appellees. )
_____ )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Scott H. Silver, Todd M. Feldman, and
Stephen T. Maher of Shutts & Bowen,
LLP, Miami, for Appellant.

Julie Landrigan Ball of Hardin & Ball, P.A.,
Lakeland, for Appellees Turning Leaf—
Lakeland Properties, LLC, and William G.
Giarusso.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

CASANUEVA, KELLY, and KHOUZAM, JJ., Concur.